IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL ZACHARY JOHNSON )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>FAXONME, LLC DBA RENTER )<br>RESUME, ET AL. )<br>)<br>Defendants ) | Case No. 1:17-cv-00077-GLR |

**STIPULATION OF DISMISSAL**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all claims against Defendant, Faxonme, LLC, d/b/a Renter Resume. Each party will pay their own costs, expenses and attorney fees.

| | |
|---|---|
| KELLY & CRANDALL, PLC | THE LAW OFFICES<br>OF RONALD S. CANTER, LLC |
| /S/ Kristi C. Kelly<br>Kristi C. Kelly, Esquire<br>*Signed By Ronald S. Canter With Permission of Kristi C. Kelly*<br>4084 University Drive, Suite 202A<br>Fairfax, Virginia 22030<br>kkelly@kellyandcrandall.com<br>*Attorney for Plaintiff* | /S/ Ronald S. Canter<br>Ronald S. Canter, Esquire<br>Bar No. 01024<br>200A Monroe Street, Suite 104<br>Rockville, Maryland 20850<br>Telephone: (301) 424-7490<br>Facsimile: (301) 424-7470<br>rcanter@roncanterllc.com<br>*Attorney for Defendant Faxonme, LLC* |

APPROVED THIS 13th DAY OF Sept 20 17

_____
GEORGE L. RUSSELL, III, U.S.D.J.