**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| DANIEL ZACHARY JOHNSON,   )<br>                                                    )<br>        Plaintiff,                             )<br>                                                    )<br>v.                                                )     Civil Action No. 1:17-cv-00077-GLR<br>                                                    )<br>FAXONME, LLC D/B/A RENTER  )<br>RESUME, et al.                            )<br>                                                    )<br>        Defendants.                        )<br>_____) | |

**MOTION TO DISMISS DEFENDANT OMNI DATA, LLC d/b/a TRADE HOUSE DATA**

Pursuant to Rule 15(b) of the Federal Rules of Civil Procedure, the Plaintiff, Daniel Zachary Johnson and Defendant Omni Data, LLC, d/b/a Trade House Data ("Trade House Data") jointly move this Court to dismiss this case against Trade House Data with prejudice with each party bearing its own costs. Accordingly, the parties requested that the Court enter the Proposed Order attached hereto as Exhibit 1.

Respectfully submitted,

 /s/ *Kristi C. Kelly*  
Kristi Cahoon Kelly, Esq. (No. 07244)  
Kelly & Crandall, PLC  
3925 Chain Bridge Road, Suite 202  
Fairfax, Virginia 22030  
(703) 424-7576 Telephone  
(703) 591-0167 - Facsimile  
E-mail: kkelly@kellyandcrandall.com  
*Counsel for Plaintiff*

 /s/ *Brian A. Scotti*  
Brian A. Scotti, Esq. (No. 18249)  
Julia K. Whitelock, Esq. (No. 19380)  
Gordon Rees Scully Mansukhani LLP  
1300 I Street, N.W., Suite 825  
Washington, D.C. 20005  
(202) 399-1009-Telephone  
(202) 800-2999-Facsimile  
E-Mail: bscotti@gordonrees.com  
E-Mail: jwhitlock@grsm.com  
*Counsel for Omni Data, LLC d/b/a Trade House Data*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of November, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

      /s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*