IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| DANIEL ZACHARY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-00077-GLR |
| | ) | |
| FAXONME, LLC D/B/A RENTER | ) | |
| RESUME, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, DANIEL ZACHARY JOHNSON, and the Defendant,

OMNI DATA LLC, d/b/a/ TRADE HOUSE DATA, by counsel, and hereby move the Court to

dismiss with prejudice all claims against Defendant OMNI DATA LLC, d/b/a/ TRADE HOUSE

DATA in the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause

shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against

Defendant OMNI DATA LLC, d/b/a/ TRADE HOUSE DATA is DISMISSED with prejudice.

The Clerk is DIRECTED to CLOSE this case.

Entered this _17th_ day of NOVEMBER, 2017

George L. Russell, III
United States District Judge